No. 63—2459. Bloom v. The People. This was a bastardy proceeding tried in the Criminal Court of Cook county, before the court without the intervention of a jury. The principal witnesses were the relator, Josie Novak, and the appellant, Jacob Bloom. There were some other witnesses who were called in behalf of appellant, but their testimony had no direct bearing upon the issue, and no fact was proved which affected the credibility of the relator. There was a direct conflict between these two witnesses on the vital issue in the case. The finding of the trial judge is affirmed. Opinion PER CURIAM. Judge below, ROLLIN S. WILLIAMSON. Attorneys, for appellant, Mr. D. T. DUNCOMBE; for appellee, Mr. DAVID SULLIVAN. Opinion filed Dec. 8, 1886.